UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Tim Mulcahy, | Case No. 2:20-cv-01788-JAD-BNW |
| --- | --- |
| Plaintiff | |
| v. | **Order Denying Motions** |
| Cedric Kerns, | **in Closed Case** |
| | [ECF Nos. 12, 13] |
| Defendant | |

On December 8, 2020, this Court dismissed this case[1] and entered judgment in favor of Defendant, Las Vegas Municipal Court Judge Cedric Kerns.[2] That dismissal followed months of court mail being returned to sender, unable to be delivered to the pro se plaintiff's address on record.[3] Plaintiff now moves for a default and a $63 million judgment against the defendant.[4] Because this case is closed and judgment has been entered in favor of Defendant Kerns, IT IS HEREBY ORDERED that the plaintiff's motions **[ECF Nos. 13, 14] are DENIED.**

Dated: January 8, 2021

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 11.
[2] ECF No. 12.
[3] ECF Nos. 7, 10.
[4] ECF Nos. 13, 14.