# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Tim Mulcahy,

          Plaintiff

  v.

Cedric Kerns,

          Defendant

Case No. 2:20-cv-01788-JAD-BNW

**Order Denying Requests
in Closed Case**

[ECF Nos. 20, 21]

On December 8, 2020, this Court dismissed this case and entered judgment in favor of Defendant, Las Vegas Municipal Court Judge Cedric Kerns.[1] Plaintiff has since filed numerous motions, all of which this court has denied while advising him that "**this case is closed and no further documents may be filed in this action.**"[2] Plaintiff has now filed a new document entitled "Question of Law."[3] It appears that the plaintiff is asking this court to vacate its prior dismissal of this case. Because this case is long-since over, and the plaintiff has not established a valid legal basis for relief from the judgment of dismissal,

IT IS HEREBY ORDERED that the plaintiff's question of law **[ECF Nos. 20, 21] is DENIED.** Plaintiff is again advised that this case is closed, and no further documents may be filed in this case. Any relief he desires must be requested in a new case.

Dated: February 18, 2022

                                                                       _____
                                                                       U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 11, 12.

[2] ECF Nos. 15, 17, 19.

[3] ECF Nos. 20, 21. The document appears to have been filed twice.